

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-13-00352-CR

Charles R. **MCFALL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR10746
Honorable Maria Teresa Herr, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed:  July 31, 2013

DISMISSED

Appellant was convicted of aggravated assault of a child, and sentence was imposed on May 6, 2013. The trial court signed an order granting appellant's motion for new trial on July 19, 2013. Because the granting of the motion for new trial "restores the case to its position before the former trial," this appeal is moot. TEX. R. APP. P. 21.9(b). Accordingly, we dismiss this appeal. TEX. R. APP. P. 43.2(f).

PER CURIAM

DO NOT PUBLISH